Michael Eyerly, Esq. (SBN 178693)
DEBLASE BROWN EYERLY LLP
680 South Santa Fe Avenue
Los Angeles CA 90021
Office: 310-575-9955
Fax: 310-575-9919
Email: eyerly@dbeleglal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO VAN GRIEKEN,<br><br>         Plaintiff,<br><br>vs.<br><br>3M Company, et al.,<br><br>         Defendants. | CASE NO. 2:16-cv-04097-AB-JC<br><br>Assigned to Hon. André Birotte Jr.<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER**<br><br>Complaint Filed: September 29, 2014<br>Date Removed: June 9, 2016<br>Trial Date: None |

PLEASE TAKE NOTICE that the Plaintiffs in the above captioned matter lodge herewith their [Proposed] Order in connection with their Request for Electronic Service.

                              Respectfully submitted,

                              DEBLASE BROWN EYERLY, LLP

DATED: August 9, 2016         By:/s/ Michael Eyerly
                              Michael Eyerly
                              680 South Santa Fe Avenue
                              Los Angeles, CA 90021
                              310-575-9955
                              310-575-9919 (FAX)
                              eyerly@dbelegal.com
                              Attorneys for Plaintiff

**NOTICE OF LODGING PROPOSED ORDER**

# CERTIFICATE OF SERVICE

Case No.: 2:16-cv-04097-AB-JC

### *Van Grieken vs. 3M Company, et al.*

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years and not a party to the within action. My business address is 680 South Santa Fe Avenue, Los Angeles, CA 90021.

On August 9, 2016, I caused to be served the foregoing:

**NOTICE OF LODGING OF [PROPOSED] ORDER**

F.R.C.P 26(a)(1) and a copy of this document to the interested parties herein as follows:

[ ]  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California and addressed to **SEE ATTACHED SERVICE LIST**

[x]  **BY ELECTRONIC FILING (NEF) SERVICE:** by transmitting a copy of the foregoing document(s) via Electronic Filing (NEF) to all registered CM/ECF users in this case via their e-mail addresses, pursuant to court order. Upon the electronic filing of a document, a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Attorneys not registered for the CM/ECF system or who did not consent to electronic service will be served by U.S. Mail or by Personal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Los Angeles, California.

DATE: __August 9, 2016_____         _Carrie Ardoin_
                                        Carrie Ardoin

**PROOF OF SERVICE**